**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 548 MAL 2022

                Respondent            :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

              v.                   :
                              :
                              :

RUSSELL RUDOLPH BRUDER,      :

                              :
              Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.